**Rone DAVIS, Plaintiff–Appellant,**

v.

**BUREAU OF IMMIGRATION AND CUSTOMS ENFORCEMENT; John Ashcroft; Charles Jean; United States Embassy Port Au Prince Haiti; Consulate of Haiti, Defendants–Appellees.**

No. 04–30583.
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided Dec. 17, 2004.

Rone Davis, Lake Charles, LA, pro se.

Before KING, Chief Judge, and DeMOSS and CLEMENT, Circuit Judges.

PER CURIAM: *

Rone Davis appeals the district court's dismissal of his complaint alleging *Bivens*** claims relating to his pending deportation to Haiti. Davis's motion to supplement the record is denied. *See United States v. Flores*, 887 F.2d 543, 546 (5th Cir.1989).

Davis asks that we 1) interpret the naturalization provisions of the Bahamian and Haitian Constitutions, 2) award monetary damages against the Bahamas and Haiti,

---

** *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971).

3) order his release in connection with our review and interpretation of the Bahamian and Haitian Constitutions, and 4) enjoin the parties from issuing "fraudulent" Haitian travel documents. We lack jurisdiction to grant such relief. *See* 28 U.S.C. § 1604. Accordingly, the district court's judgment is affirmed.

MOTION TO SUPPLEMENT DENIED; JUDGMENT AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.